(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

## 12-80430-CIV-Marra/Brannon

Verona    Ebanks
_____
_____

**FILED by ___ D.C.**

**APR 2 4 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**Plaintiff(s)**

v.

Samsung Telecommunication America, LLC
_____
Verizon Wireless
_____

**Defendant(s)**

## COMPLAINT

I, Verona    Ebanks plaintiff, in the above styled cause, sues defendant(s): Samsung Telecommunication America LLC & Verizon Wireless

*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed )*

This action is filed under: January 21, 2008 I bought a Samsung cellphone at the Verizon Store in West Palm Beach Florida. May 1st 2008 The phone was chargeded, morning of May 2nd 2008 I used the phone for 3-4 minutes. The phone went dead, at the phone went dead there was a ball of fire running in the right side of my head, Then there was waves, cats and dogs running in the right side of my head, Then, my facial bones was on fire, then there was stinging under my head scull. There have been fire in my head with pressure. I have head pain 24 hrs daily. My hand was burnt 2hrs after. Today I have lesion in my scull and brain. I have 5 MRI and numerous CT

(Rev. 10/2002) Complaint

(Statement of Facts)

Scan. I have been attended to buy Neurologist, ENT Ophatamaligist, with numerous vesits to ER because unbearable pain. The Lool ENT and Neurologist doctor say they can't help me. I need to go to the University of miami Hospital. I have only the county insurance and they dont pay out of County bills.

I am asking for help to immeadately go tothe University of miami Hospital. Inside my right ear feel like a ballon inside (pressure). My fright ear and right ear temple swollen and hurts badly. Under my scull burns in patches and feel sore. My fright nostril feel heavy and hurts, My right hand burns, hurt and it feels like sugar ants running from my hand to my fingers. My Forehead Burns. I urgently need medical help, I have to only have Palm Beach Health Care and they do not pay out of County. I am suffering please help me. I also need Samsung and Verizon to pay for my pain and suffering, starting May 2nd 2008, all medical Bills paid and owed. Other medical Bell and pain and suffering. My right Forehead burns and hurts.

Please help so I can the medical attention I should have got already.

2 of 25

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, I Verona Ebanks is request that I be immediately be able to go th University of Miami Hospital for Treatment. That the letter from Samsung Lawyer Mr. Tatarka be compared with Medical Records MRI, CT Scan, Spinal Tap Etc. That Samsung reward me for Pain and Sufferance, lost of income, paid all medical bills (paid and owed). Pain and Sufferance for the pass four years and future.

Signed this 4/24 day of ___April___, 20 12.

Verona    Ebanks
_____
Printed or typed name of Filer

Signature of Filer
_____

Florida Bar Number
_____

E-mail address
_____

561 206 7741
_____
Phone Number

Facsimile Number
_____

5097 Eadie Place
_____
Street Address

West Palm Beach Fl 33407
_____
City, State, Zip Code

*JS 44  (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
*Verona Ebanks*

(b) County of Residence of First Listed Plaintiff *Palm Beach*
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
*VERONA EBANKS*
*NONE 5097 Eadie Pl*
*West Palm Beach Fl 33407*

## DEFENDANTS
*Verizon Wireless Samsung Ect Telecommunication America, LLC*

County of Residence of First Listed Defendant *Summervale*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known) *Custodian of Records @ Wilson, Elser, Moskowitz, Edelman @ Dicker LLP*

(d) Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

*12 CV 80430  KAM/DLB*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☒ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 462 Naturalization | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | Application | | ☐ 950 Constitutionality of State |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien | | Statutes |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Detainee | | |
| | Other | | ☐ 465 Other Immigration | | |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page.)

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via *10* days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE *4/24/12*

*1)*

## 5097 Eadie Place, West Palm Beach, 33407

## DETAIL INFORMATION OF MY SAMSUNG PHONE INJURY, MY SERIOUS HEALTH PROBLEMS, MY PAIN, MY SLEEPLESS NIGHTS AND MY SUFFERING

This Exhibit is written as my Medical Condition from the burns I received May2nd 2008 by my Samsung Cell Phone in my right ear; my ear temple and the right side of my head and my right hand get worst.

1/8/2008 16:50 I received a Nationwide Plan contract phone from Verizon at location: 13924 01#209847, order Type PS. (PT COHE15R-EG394). 01/21/08 13:41 I change to SCHU410MSV SAM U410 DIG, RETURN Code# 92, WAR6002 1 YR. MFG WARRANT, SCHU620ZKY SAM U620 DIG,ESN:02207172807, REB80757 REBATE. PHONE NUMBER 954 240 5726

I am a CDL Truck Driver who drives an 18 Wheeler Tractor Trailer to 48 States and Canada. My Drivers License # E 152 861 55 877 0

Driving over the road, I would always have problems with my Cellular Phone dropping calls when I try to talk to my Brokers, Shippers, Receivers, family and friends, when I am in certain parts of the country while using other phone companies my call would drop. I was told that Verizon has a less chance of dropped calls, so I decided to get a Verizon Cellular Phone.

To make my trips more interesting I got the above Cellular Phone with added features (Television and Internet). This Cellular Phone would always get hot when I used the Television or Internet, the service that the phone was supposing to give. I was told by a Representative that it was normal.

July 2007 my foster mother was diagnosed with Fibrosis of the Lungs and only had 34% of her lungs left, so I decided to stop running the road and spend quality time with her as she made numerous sacrifice for me. Facing financial problems I decided to work part time driving locally so I could be home more frequently. So I got a part time truck driving job with Bevlyn's Express.

The evening of May 1, 2008 I picked up a load in Orlando Florida to be delivered in St Petersburg Florida the morning of May 2, 2008. I was then driving a Tractor Trailer for Bevlyn's express in Orlando as an Independent Contractor. The owner of the Bevlyn's Express is Errol Johnson; his phone number is 407 509 7704. It was too early the evening of May 1st when I was loaded for St Petersburg, Florida. So I decided to stop and rest the night of May 1st at the Pilot Truck Stop on I 4 in Poke County Florida.

*Exhibit A*

2)

Before resting the night of May1 2008 just before or a little later than midnight, I put my Samsung Cell Phone to be charged with the accessories I received with the Samsung phone 1/21/08. I put the phone to charge in the truck charger which was below the radio in the front in the cab. The morning of May 2nd, 2008 the phone was charged and I removed it from its charger when and sit on the bed , the phone was not hot.  Before leaving to St Petersburg from where I rested the night, I decided to make a few calls. Making the first call using my Samsung Cellular Phone (the above describe cell phone) for about 3-4 minutes, the phone that was charged the night before (May1st) went dead without getting hot.

As the phone went dead, it was like a heavy gush of fireball running through my right ear to the right side of my head to the right of my forehead. Immediately that fireball went through my right ear to the right of my forehead, my ear to my forehead felt like sugar ants, cats and dogs running with a wavelike feeling through my right side ear to my forehead. Seconds later it was like the fire became stationary in right side ear and the right side of my head, my facial bones started to burn me as if it was on fire; then inside my head felt like wasps, scorpions bees  were biting and stinging me in my scull in the right side of my head. The right side of my head was hot with tingling, with wavy feeling of things running in the right side of my head with the fire inside. This was a feeling that is very hard to describe and I wish no one else experience it.

Although my right ear and head was burning and tingling, and I was very concerned about what was happening to me in the right side of my head and my right ear, I still had to deliver my load. The phone was now not working so I could not change delivery time or date and I was in burning pain.  I was not able to call the owner of the truck, Errol or the broker as his phone number was in the phone.

 I had to drive very slowly as I was burnings, tingling and hurting in the right side of head and I did not want to create an accident. While the truck was being unloaded my head was more on fire and running inside was becoming aggressive. My head was burning and tingling, my facial bones felt as if they were on fire.

I told the receiver what had happen to me earlier the morning with my cell phone and I asked where I would find the nearest Verizon Store.  I was told there was one on Tyrone Road, in St Petersburg.

 As I had finished delivering the load, I immediately rushed to the nearest Verizon Store on Tyrone Rd, St. Petersburg, Florida. I parked the trailer in front of the store with flashing hazard lights and ran inside the store.  My right ear and the right side of my head were on fire.

In the Verizon Store in St Petersburg the Customer Service Representative at the door name was Kathleen. I directed my complaint to her. Kathleen the Customers Service Representative looked surprised in her face.

(Please note the gush of fire that went through my right ear, in the right side of my head when the phone went dead. With all the burning, waves, tingling and ants running in the right side of my head

3)

that I was enduring the there was no visual sign of scars, redness or any sign of any burn on the right side of my face, head or ear.)

Kathleen took my cell phone to the Technician. After the technician checked the phone, Kathleen came and told me the phone battery was not charging so she will have to put a new battery in phone. Kathleen returned to the technician for him to put the new battery in the phone. Kathleen then came and returned the phone to me and told me the new battery was place in the phone and I should not use the phone until the next 1½ - 2 hours later.

About two hours later attempting to use the phone as directed by Kathleen, the phone became very hot (the phone became as hot as the face of a hot clothes iron) in my right hand and burnt my right hand. I had to drop the phone. My right hand immediately felt as if there were sugar ants running up and down inside of my right hand to my lower arm while it was burning me.

Now, both the right side of my head, my right ear and my right hand felt as if they were all on fire and tingling with sugar ants running inside but there was still no sign of burn, redness or scars.

This experience was very scary. Luckily, I was now near home when the phone burned my hand. I had to drive more slowly to the truck yard.

(Please note that whenever a load is delivered; I have the responsibility to call the owner or the broker for another load to be delivered the following day May 3rd. May 2nd 2008 I was not able to make any calls because my phone was dead and I was burnt on the right side of my head, my right ear and then my right hand by my Samsung Phone.  The right side of my head, my right ear and my right hand was burning me terribly.

 Reaching the truck yard, Errol the owner of the Trucking Company was in the truck yard waiting for me. I reported to Errol that my cell phone had burnt me on the right side of my ear and my right side of my head in the morning before the load was delivered. I told him on my way to the truck yard the phone burnt my right hand and that's why I was not able to call him. (The phone was not working) I also told Errol that my right ear and the right side of my head and my right hand were burning me. There were still no scars or redness for him to see as proof.  I rushed home and called Verizon from a house phone.

 I called Verizon Company Customer Service using a house phone number; 407 294 1595. I reported to Verizon that my Samsung Cell Phone had burnt me twice, first the right side of my head and next my right hand. She was told  that after the first burn I reported the matter to the St. Petersburg Store, she was also told the battery was changed and yet the phone burn my right hand and both my right ear and the right side of my head were burning and tingling. The Verizon representative said "WE APPOLOGIZE."

I was very concerned about the burning in my right ear and the right side of my head and my right hand because I had no Health Insurance I did not go to the ER.

4)

Later that afternoon my head felt as if was getting big (getting swollen.) I went to bed, putting my head down on the pillow, my head felt very heavy like a heavy sack or led was inside my head. I went to sleep. I woke up early in the night for the bathroom, I was disorientated, in the right side of my head over my right ear there was a big pressure ball. The pressure ball was pushing out my right eye and pushing everything in the right side of my head to the left side of my head. Bear in mind I was still burning and tingling in the right of my head, right ear and burning with the pressure ball pushing out my eye and pushing everything on the right to the left side of my head.

This was a horrendous experience, one I will never forget and I wish no one else experience.

On May 3rd, 2008 (the following morning) the pressure started to subside a little with pain starting to emerge with the already burning, tingling and wave like feeling with sugar ants cats and dogs running inside the right ear and the side of my head, but there were still no scars, redness or blisters.

I called the Verizon Customer Service again and told them about the heavy pressure ball in the right side of my head over my right ear. I told them of the continuing burning and tingling in the right side of my head, my facial bone and the starting of the pain and how severe the pain was becoming. The Representative said "WE APOLOGIZE."

Because I have no Health Insurance, I was hoping that the burning in my right ear and the side of my head and the burning of my hand would subside but instead it intensified much more.

Later that morning May 3rd, 2008, the pain and burning in the right side of my head and my right hand became very intense it was like I was having labor pain with contractions in the right side of my head. I called Verizon Customer Service again and told them that I was going to the ER as the pain was becoming unbearable. Again the representative said "WE APOLIGIZE."

I went to the Florida Hospital ER in Orlando, Florida.  Still there were still no visual signs of burns, redness or scars in my right hand or on the right side of my right ear or the right side of my head. But, inside the right side of my head was burning with heavy throbbing pain with contraction like feelings. It was like I was about to give birth out of my head. My right hand burns inside with sugar ants like feeling running up and down my hand to my lower arm.

The Doctor was surprised when I told him my story, He ordered a CT SCAN of my head. The Doctor said he did not see anything wrong and that I should put ice in a towel and keep it on the areas to cool the burn in my right hand and the right side of my head and I should take Tylenol for the pain. The Doctor told me that he cannot treat what he cannot see as the CT scan only show slight Micro Vascular Ischemia and that should not caused me any pains. There was still no visual sign of burn, blisters, redness or scare on either the right ear and the right side of my head or my right hand but I were cooking inside the right side of my head and right hand.

5)

I start taking TYLENOL and kept the ice in my right hand and on the right side my face.  The regular TYLENOL was not helping. I called Verizon numerous times asking for help to see the doctor, they said again "WE APOLIGIZE."

The night of May 3rd was sleepless as my hand was in burning pain with sugar ant like feelings running up and down inside of my lower arm and inside and my right ear and the right side of my head having contractions with burning and throbbing pain. So I used the TYLENOL PM which helped me asleep a little but the contraction in my head would wake me.

May 5, 2008, I went to the Altamonte Spring Verizon Store, I was in severe burning throbbing pain. I had the towel with ice in my right hand placing it on the right side of my head.

Ms. Thompson was the representative at the front of the store. I directed my complaints to her.  Ms. Thompson was surprised; she took my Samsung Cell Phone from me and took it to the Technician. Ms. Thompson then returned to me and told me that the Technician said the phone was a FACTORY DEFECTIVE PHONE.

Ms. Thompson said that the Technician checked the battery and the battery was good. (The new battery that was placed in the phone in the St. Petersburg Verizon Store, the same battery that was in the phone when the phone burned my hand was good) and that the battery will be placed in my replacement phone.  The battery was then placed in my replacement phone. Ms. Thompson then started to make calls with a very concerned look on her face. (My pain started to get worst and I did not have the Tylenol with me) Ms. Thompson then told me that she must take the FACTORY DEFECTIVE PHONE from me and return it to Samsung by Verizon. I was a reluctant, but because of fear I gave the phone Ms Thompson after she said the phone could still explode.

Ms. Thompson said, "The phone is dangerous and I was lucky the phone did not explode on me."Because of the intense burning and pain I was having and hearing the result of the technician report and hearing what Ms. Thompson was saying to me without anymore taught I allowed Ms. Thompson to keep the phone.

Ms. Thompson then opened the back of phone and told me to write the serial numbers down. She gave me a receipt for the phone and said the receipt will represent the phone. The battery that was placed in the phone that the St. Petersburg Verizon Store, and was in the phone when the phone burnt my hand was now placed in my new replacement phone.

Ms Thompson then gave me the Samsung 1-800 number and said, "Verizon only sells Cellular Phones."

Ms Thompson was around the counter. She (Ms Thompson) then came around to the front of the store where she was when I first entered the store and said to me, "YOU CAN DEVELOP BRAIN CANCER, Verizon should test the phone before selling it. Let Samsung and Verizon take proper care of your Health situation." (If you check the recording on your camera May5th 2008 you will see her talking to me in front of the store before I walked out).

6)

I went home and took the Tylenol PM, because I was having problem with the throbbing and burning pain. The pain started to subside a little.  I now realized I was wrong by letting Ms. Thompson take the phone. (My evidence.) I called Ms Thompson the evening of May 5th 2008 and asked her to return my Samsung Factory Defective Phone. I explained to Ms. Thompson that the throbbing, tingling pain with the contraction like pain attacks makes me confused and frustrated and disorientated and I made the wrong decision in leaving the phone.  To make matters worse I have no clue what was going on inside the right side of my head and my right hand, except I am having severe burning, hurting and tingling on the inside. I told Ms. Thompson the burning tingling pains were getting worst and I need the phone. Ms. Thompson told me, "She already mailed the phone to Samsung."

May 5th there was still no visual sign of redness, blister, burns or scars.

I called the Samsung 1-800 number Ms Thompson gave me. I spoke to CREG CRENSHAW and I directed my complains to him. I was having terrible throbbing, burning pain while I was talking to him. I was crying.  While talking to Creg Crenshaw there were contraction attacks of pain. I told him the Verizon Store in Altamonte Spring, Florida Representative Ms. Thompson took the phone from me saying the Verizon Technician said it was a Factory Defective Phone. She (Ms Thompson) said the phone was not safe for me to keep. He took my phone number and said he would get in touch with me.

Creg Crenshaw called me later in the afternoon of May 5th, 2008 asking me for entire defective phone Accessories wish I collected with phone January 2008 at the Verizon Store in West Palm Beach, Florida. He spoke with urgency. Wondering what the hell was going on with me and his urgency of wanting all of the accessories of the phone, I promised Creg Crenshaw to send the accessories to him but I did not as Verizon Customer Service Representative had already had taken the phone.

Creg Crenshaw called me a numerous of times requesting the accessories of the phone. He never once asked me about the pains I was having or anything regarding the pains, burning or throbbing I was having.

Creg Crenshaw realizing I would not sent the accessories then promised that Samsung would take care of my medical situation if I send them (Samsung) the accessories. Creg Crenshaw told me I will not need to get a lawyer. Creg Crenshaw gave me an address and told me to mail the accessories. I told him, he should find a way to get them as he cared nothing about my pains all he wanted were the accessories. The following day I called Ms. Thompson and again ask her for the Cell Phone. Ms. Thompson then told me I need to talk to a Verizon Lawyer.

I did not send the accessories to Samsung, because Verizon had already refused to return the Factory Defective Phone, and I would be left in a hole with whatever happens to me in the future.

Frankly, my future seems very dim my MRI and CT scan are now showing what is going in my right ear, the right side of my head and my right hand. Creg Crenshaw still called me numerous times trying to persuade me to send the accessories.

7)

The morning of May 8th, 2008 (6 days later) I woke with my right hand red and swollen and the right side of my head red and swollen with elephant like ear, big red and swelling, my right ear temple was swollen and tender with addition to the pain, tingling waves and like sugar ant running inside of my head and hand. (I have the photos to show).

May 8th 2008 I went to the Hunt Club Medical Centre in Orlando, Florida; the staff was surprised about what happened to me. I was attended to, by Dr. Pinida Toochinda.

A staffer in the doctor office at Hunt Club Medical Center used my replacement phone I received May 5th 2008 at the Altamonte Spring Store with the battery that was placed in the phone at St Petersburg Store May 2nd 2008 after the phone burnt my right ear and right side of my head, and before the phone burnt my right hand after charging and took photo of my red swollen right hand and red swollen right side of head and red swollen right ear and ear temple.

Dr Toochinda was immediately concern about my sinus. Dr Toochinda gave me medications to prevent my sinus from been damage. Thanks to her. Dr. Toochinda told me it would take 3 years or more for the damage from the injury to manifest itself. She said when fire burn someone it shows immediately shows by blistering and stripping, but when radiation burns it burns from inside out.

I called Verizon and Creg Crenshaw of Samsung and told them of the new development (this was six days after the initial burning ) the red swelling of my right hand and the right side head with the Elephant Ear and swelling of my ear temple and the additional intense burning and pain like labor pain. I told them I went to Hunt club Medical Center.  Verizon Customer Service said they apologize, Creg Crenshaw asked for accessories.

Interestingly on May 11, 2008, I received a box from Samsung dated May 9, 2008 requesting me to send the accessories with return UPS LABEL. Copies of information enclose. I spoke to CREG CRENSHAW numerous times in pain, I told him of every level of the pain and ask for help to see the doctor and I was denied.

I was contacted by the Verizon Claim Departments who promised and did send me another replacement phone but they would not commit to help me in any way with seeing a doctor. Numerous times I called 215 231 3521 and 679 339 5041 and spoke to Lue and Karen at Verizon Claim Department and told them of my severe pains, sometimes the pain attacks come on while talking to them. I beg for help to see the doctor. This was never given.

I had no problem with the new replacement Samsung Phone received at the Altamonte Spring Verizon Store or the battery that was taken from the phone that had burnt my hand (the battery that was placed in the phone at the St. Petersburg Verizon Store). I just did not want another Samsung phone because of fear. When I received the new phone from Verizon Claim Department I put aside the one I got from Altamonte Spring Store. (Please keep in mind I still have the phone I received from the Verizon Claims Department)

8)

Bevlyn's Express, the company I driving for asked me to resign from my job due to my incompetency all resulting from the pains I was having in my right hand and right ear and the right side of head. On occasions while I am driving and the attacks happen and I actually let go of the steering wheel which is dangerous. Turning the steering wheel and changing gears of the tractor had become very painful on my right hand.

The burning and pains are from the burns I received from my Samsung Cellular Phone on May2, 2008 and which became intense pain with throbbing May3rd 2008. I worked as an independent contractor. I was now not able to keep up with stress of the company requirements.

Still wanting to work although I was in pain most of the time, I went to New Jersey to pull containers which is a less stressful job for D&S trucking. Instead of working, the owners of D&S Trucking, Mr. & Mrs. Simpson had to be taking me to Doctors and ER as I was always in severe pain and more pain. My right ear was hurting and throbbing and felt like things were eating inside my right ear. I saw Dr. Lin Ear Nose Throat specialist (732 494 3244) I explained to him what happened but photo was left in Florida. Dr Lin, tried everything but he was not able to help me with the pains. Dr. Lin told me it seems the muscles and nerve of the right side of my face, my right ear and right ear temple was damage.

Dr Lin told me to use a massage and lightly rub the area to relax the nerves on the right side of my face and my ear temple. Trying to relax the nerve of my ear temple and right side of my face as directed by Dr. Lin with a small massager, instead of relaxing the nerve of the area affected my forehead became tighten and the left side of head to have cramps, in my head felt like a pipe with thick fluid come in my throat and cause me a terrible cough spell then I become nausea.

Dr Lin was called, I went see him. He had no clue what was going on. I did not have the photos and he just was confused after trying everything in his power and my situation seemed worst. I paid out of pocket expense to Dr Lin.

Dr. Lin suggested I see a Neurologist as he believed the nerves and muscle of the right side face and right side of my head are damaged and my problem seem to be Neurology. Because of me getting nauseas Dr Lin also recommended I see a GI Doctor which I did not see as I did not have the money.

Months passed, my pains become worst. I was not able to glance to the right. Driving an 18 wheeler I must glance every 8 second at the rear view mirror. My job was now impossible for me to do. I was not able to drop or pickup a trailer, I was unable to turn the landing gear of the trailer or remove the glad hand, because of the severe pain in my right hand.

I was then introduced to a Law Firm, Lieberman Law firm. I gave Mr. Lieberman all information. Mr. Lieberman office helped me to see Dr. Matthew Luca in New Jersey.

I saw Dr. Matthew Luca, (Neurologist) who ordered a MRI. This was done at Perth Amboy Imaging Centre in Perth Amboy, NJ. Dr. Luca claimed nothing was wrong I had Micro Vascular Ischemia. Dr. Luca said Micro Vascular Ischemia does not caused pain. But I was in severe pain, to bite or chew my food

9)

was painful, to talk was painful. I would not try to laugh as it is pain and to cry was more pain as my tears felt like hot water coming out of my eye. In my right eye sometimes get hot and sometimes get very cold and sore. To drink hot or cold was painful, to have a shower was pain, to wash my hair is pain to brush my teeth is pain, and to walking even slowly my pain increase. I could not listen to the radio or the TV. Even being alone in a dark room and staying as quite as possible did not stop the contraction like attacks pains. I was permanently in pain.

I called Dr Luca, who invited me in. Unbelievably, Dr Luca gave me a prescription for ARICEPT for the pains. ( ARICEPT is used for one purpose that is for DEMENTIA or ALZHEIMERS DISEASE) I did not take the ARICEPT as I know what the drug is used for and the side effects of it. I am a Certified Home Aide and I took care of patients who take ARICEPT for DEMENTIA. Dr. Lucia kept asking me if I am talking about my cell phone. I told him yes.

Even now it is very difficult to explain thoroughly the pains I was enduring in the right side of my head to the right side of my forehead, my right ear, right ear temple and my right hand. My forehead was very sensitive during examination it felt like my complete facial bones were on fire. The experience I had since May2nd 2008 I would never wish on my worst enemy.

Dr Luca made a comment that I need to be psychologically evaluated. My pain was overwhelming and maybe he was not able to figure what was happening to me. I was very upset as all I wanted was to be relieved of the pains. I forgive him as I did not have the photos of the scar that was taken May8, 2008 at the Hunt Club Medical Centre.

My right eye socket and my eye ball hurts it sometime felt as if someone was drilling in my right eye. My right eye ball always feel heavy since the night of May2, 2008, now my eye ball felt as it was too big for my eye socket. I was not able to glance to my right, so I have no choice but to stop driving the rig as the rule thumb I need to glance every 8 minute to avoid an accident. The glare of the sun or any night light was blinding as my right eye was very sensitive. The situation was unbearable for my right eye. My eye got worst by the day so I visited Amboy Eye 732 442 2027. They tried their best but there was no ease of my pain. My glasses had to be changed as my right eye was not able to see into the glare, the doctor coated the glasses to help me with the light. It helped a little at first.

While visiting ENT, and Eye doctors, and they doing their best to help me, my pain was still getting worst. I had to go to Raritan Health Center ER (hospital) in Perth Amboy, NJ. The DOCTOR was surprised about my story he order CT SCAN, The Doctor then said "I have MICRO VASCULAR ISCHEAMIA as Dr. Luca previously said."

May 3rd I was told at the Florida that I had slight MICRO VASCULAR ISCHEAMIA. At Raritan Health Center the MICRO VASCULAR ISCHEAMIA was not light anymore.  My blood pressure was high and I am Diabetic. The Doctor ordered all necessary tests to make sure I did not have a stroke and to find any possible reasons for my pains. All results were all normal. The Doctor ordered me pain medication. There was still no improvement with the pain in the right side of head, right eye, and right ear, right ear

10)

temple and there were Stiffness in my forehead and the pain in my right hand. I had to be rushed back to the ER.

This time the ER Doctor advised me it would be best for me to go back to the Doctor who first saw the injury. (The red swollen elephant ear and the red swollen hand she saw May8, 2008, I did not have the photo to show the doctor as they were left in Florida).

In a lot of pain, tears and prayer I came back to Florida and went back to Hunt Club Medical Center in Orlando where I saw Dr Toochinda again, the doctor whom I originally saw me May8th, 2008 six days after I was burnt with the Samsung Cellular Phone. (The doctor who saw the red swelling right hand and elephant ear and swollen ear temple May8th 2008) She saw the burns first hand.

With Samsung refused to help me in any way to see a doctor. I reported the matter to Better Business Bureau. A representative from BBB called me and told me Samsung promise to contact me. This was not done.

When Dr. Toochinda saw me she said, she thought my SINUS would be damaged but I have TRIGIMINAL NEUROLOGIA. She then gave me medication. She recommended I see Neurologist. Because my right eye and eye socket was hurting so badly I was immediately sent to Dr Steele Neuro Ophthalmology at Florida Eye, Orlando, Florida who were concern.

During my pain and suffering I did visited the Social Security Office asking for help but I was denied because I was not a citizen then. Still in severe pain without help to see the doctor and denied help I had no choice except to try and work in pain.

With all my pains and throbbing in my right ear, right ear temple, right eye, right side of head and right hand  and I was also financial drained I had no source of help. I ask Errol of Bevlyns Express for a few days which he did, but I was again not able to continue for long because of the pains and painful attacks in my right side of face and right hand was terrible.

I was relocated to West Palm Beach, Florida to stay with one of my daughters as I had no way of supporting myself. I had to go to St Mary`s Hospital and Columbia Hospital ER several times to seek help for the pains in right side of my head, right ear temple and right ear when it became unbearable. I was told to see a Neurologist. I owe the Hospitals a lot of money for medical bills all due to the Samsung Defective Cellular Phone I got from Verizon January 21,2008 that injuries me.

For 3yrs prior to the burn I stopped putting chemical in my hair (stop perming my hair etc), my hair grew about nine inches long and thick. Months after my phone burn me, my hair started to get thin and fall out in small patches and stringy I had to cut it.  I have photos taken January 2008 of my hair, months before the phone went dead causing felling of gush of fire running through my head and months later when my hair started to thin out. To date the quality of my hair changed. I have photos of my hair in transition.

11)

Complaining of what had happened to me and my suffering I was invited try the Noni juice to see if it would help me. I read of its Health Benefit online. I felt satisfy may be it would help me. I started to drink the NONI JUICE four tablespoonfuls twice daily. The Noni juice did soften the pain a little but did nothing to the pressure in my head or did anything to the ants nest and the waves in my head, neither did the noni juice stop the stinging and biting in the right side of my head, ear, ear temple or eye. But the pain was a little more manageable.

August 22, 2009 I received a letter from Mr. Lieberman stating he will not be able to continue to represent my case.  I was always in severe pain but the MRI or CT Scan was not yet showing the cause. Mr. Lieberman was asking for medical records. The Medical Records was only saying I was in pains. I explain to Mr. Lieberman what Dr. Toochinda said but it was not good enough.

Mr. Lieberman then gave me information for Samsung Lawyer, Mr. Tatarka. I then called Mr. Tatarka and told him I was representing myself. He requested my accessories. I sent Mr. Tatarka the accessories and photo of my injuries. September 23, 2009 I received a letter from Mr.Tatarka saying he received my package with accessories and photo, he also question date and time photo was taken.

I called Mr. Tatarka and told him the photo was taken May8th 2008 in the doctor office at Hunt Club Medical Centre and I saved them on a CD and I print as needed.

The pain and pressure in my head continued, I then saw Dr Seligar a Neurologist at Sunrise Medical Group in Ft. Lauderdale, Florida. He was a little cheaper. Dr. Seligar was treating me for Trigeminal Neuralgia, he tried different medications, but they never helped or the side effects were terrible. Dr. Seligar did test but needed to do more test to be sure what was going on in my head but because of financial difficulties I could not afford the cost. Because of the continuing pain in my right eye and right eye socket I saw Dr. Gopalaswaney a Neuro Ophthalmologist of Sunrise Medical Group. He gave me medication that did not help. I also owe these doctors

 I was sitting in Dr Seligar`s office 09/25/2009 in severe pain in my ear, ear temple and the right side of my head and pressure in my head. (The pressure was like a big grapefruit in the right side of my head) I called Mr. Tatarka (Samsung Lawyer) pleading for help to do any necessary testing, so I would get help for the pains that came from the phone burns I received May2nd 2008.

 Mr. Tatarka insultingly said "I AM SAMSUNG'S LAWYER AND IT IS YOUR RESPONSIBILITY HOW YOU GET MEDICAL ATTENTION THEN HE HANG HIS PHONE UP". I cried.

PLEASE NOTE WHEN I CRY IT FEELS LIKE HOT WATER COMING OUT OF MY RIGHT EYE. When Mr. Takarta insulted me in pain knowing that the Samsung Factory Defective Phone had burnt and has been causing me severe pain I felt death would be better.
 The Noni juice WAS ONLY THING THAT SOFTENS THE PAIN.  The Noni juice did not stop the attacks, STIFFNESS, HEAVINESS, PRESSURE, TENDERNESS OF my FOREHEAD, eye pain remains, my right ear and ear temple remain in pain and sensitive.

12)

I then started to have difficulty breathing from my right nostril. MRI and CT scan shows that I do not have sinus problem, my right cheek bone feels like fire is inside, and sometimes it is like a hammer and chisel is being used chop into my facial bones. It is tender, and painful. The pain is now in my neck and slowly going down my shoulder. I am progressively getting worst with this situation by the day.

I am a dominated right handed person. My RIGHT HAND hurts so badly that I have to keep it on my shoulder or in my left hand. To write, use spoon, fork, or a cup my right hand has to be helped by the left hand. Now to make matters worse my right hand flips flaps (jumps or has spasms) when lay to rest or try to relax. To switch on the key of an automatic car and to put it in drive is an effort.  To turn the steering wheel of a car is an effort and painful. The trucks I drove before my right hand was burnt I change gear from 8 gears to 18 gears standard.  Today because of the Samsung Defective Cell Phone burn on May 2, 2008 I am unable to do the job I love.

Because of The New Health *Insurance Laws, June 2010 I was able to get a cheap Health Insurance, it did not able to cover some of the tests, but at least it helps me get through the door of a few Doctors. I went to Ear Nose and Throat of South Florida because my right cheek bone burn none stop, I cannot breath through my right nostril, my right ear and right ear temple hurts and always biting inside. A CT Scan was ordered. The Doctor called me and said he recommended I see a Neurosurgeon.*

*Because of the pain in my right hand I went to Center of bone and joints I was attended to by Dr Veronica Pedro. She was surprised about my story and photos.  DR. Pedro sent me to do Nerve Test on my hand. I was told I have Carpal Tunnel. Dr. Pedro started treating me for Carpal Tunnel the pain in my right hand became worst. Dr. Pedro told me the problem I am having in my hand is not from the Carpal Tunnel.  Dr. Pedro ordered a MRI of my wrist. I was not able to have the MRI done as the health Insurance I had laps because of financial reason. I was not able to work because of the pains I endures.*

*Today I still owe ENT of South Florida and Center of Bone and Joint.*

LAWYERS REFUSE MY CASE BECAUSE VERIZON TOOK THE PHONE on May 5, 2008. The phone is in SAMSUNG possession and they can fix the defective phone.

March 15, 2010 I called Mr. Creg Crenshaw because I was in a lot of pain still begging for help to go to doctor and be able to do all test necessary. Creg Crenshaw said, "We have the Cell Phone but without battery." I explain to him, the battery that was placed in the phone in St. Petersburg was tested by the Verizon Technician at the Altamonte Spring Store and placed in my replacement Phone because the battery was good. Creg Crenshaw wanted to know how and when my hand was burnt. I explain to him that I went to St. Petersburg Verizon Store on Tyrone Rd, the Technician check the phone, the battery was not charging, he the technician placed a new battery in the phone. I was told by the Representative to use phone 1 1/2 -2 hrs later. Attempting to use the phone as directed the phone burnt my hand. Creg Yield and said "that's the way it went" I told him yes. Creg said "I am going to send an email to my superior and call you back" Creg never call me back.

13)

Since the night of May2, 2008 I have never had a complete night sleep, painful attack in the right side of my head wake me up. Today I still have the pressure ball in my head over my right ear, my head feels very heavy, (it feel too heavy for my neck) my right eye hurts, it feels swollen and like there is sand behind it (I mean it feels like grains is behind my right eye), my eye socket feels heavy and hurts, sometimes behind my right eye feels very hot sometimes icy cold. It hurts to glance to the right and if I cry it feels like hot water coming out of my right eye, to close my eye to relax is pain, to put on or take off my glasses is pain. Today I have to walk around with my right eye close because it hurts and feel heavy.

My forehead gets very stiff (tight) and tender, when I touch my forehead, sometime it is hot and sometimes it is very cold, my cheek bones burns every day, my jaw bone hurts, sometimes it feels like I am having tooth ache and I have been wearing dentures since 1978.

Over my right ear hurts so badly, sometimes it feels like a rushing wave going through, sometimes my right ear feels as if ants or bugs biting me inside my ear. Inside my head over my right ear feel like a big grapefruit with pressure. My head felt so swollen with pressuring pain, every way I turn in the bed the pressure became worst. Laying on my back on the pillow my head felt as if my scull was about to be lifted off. Then I heard a shoo sound coming from my forehead, the sound was one of a tire when it is losing air. (Like getting a flat tire sound) The following morning there was a tender dark area in the right side of my forehead. I immediately call Dr. Stone office, and then I went in to see him. Dr. Stone saw the tender area. Days later a circle was formed around the dark tender area with small holes like pin holes. Today the pin holes area spreads to the area my glasses frame is, you can still see the dark tender area and the pin holes area. The area is still tender and hurts.

Since this new development my dress code has changed to wearing hat with rim or berry to cover the area. Today if I sit at the dining table with the lights on, I am cooking in my brain, going in the sun is impossible without having something over the affected area or hold put my hand over the area, walking outside the heat from the ground go directly in my brain. To open the freezer I am freeze in my forehead. Inside my forehead become numb.

I cannot breathe from the right nostril, as; my entire right side of my face is block and inside my nostril feels as if there is something running through my nostril going up in my head. MRI and CT scan shows I do not have a sinus problem. Reading my recent MRI, Doctors' conclusion the nerve in the deep right side of my brain is damage (Lesion in the right side of my brain).Please bear in mind that Lesions are caused by injury. The only injury I had ever had in my head was, immediately that the phone it was like a ball of fire went running through my head, then it was like wave running through my head with cat and dogs. My right cheek bone sometimes feels as if there is fire inside after nearly four years. When I try to sleep on my right side the flesh on my jaw get hot inside and in my head fell as if it is steaming, my right ear feel like steam coming out of it. To date my right ear is very tender. (I am afraid to touch it).To bit my food is pain, to chew is pain, to drink hot or cold beverage is pain, to walk is pain, to laugh is pain. I cannot deal with any noises. The heaviness, tenderness and pain in the right side my head is now

14)

causing pain in my neck. The painful tenderness in the right side of my head has been spreading to my whole head. When the wave start moving with the biting in my head scull I have to take my two hands hold my head and move my scull to ease the discomfort. Half of my head staring from my forehead to below my ear temple hurts daily.

The crawling in the right side of my head has gradually spread to the left side of my head through my forehead and now it burns me frequently. The pressure is now in my entire head. The discomfort and burning in my right eye is now slightly in my left eye. My right ear over a period of time started to hurt me in a cone shape, starting at the outer circle around my right ear and ear temple to inside my ear. Inside my left ear now starts biting and hurting me inside.

My right hand continues to be either steamy hot or icy cold or just very painful and jump. To use a fork or spoon is pain, to carry as small as a car key in right hand is pain and it feels as if my figure is about to fall off, to write is pain. I have to keep walking around with my right hand in my left hand or keep my right hand on my shoulder. I am an outdoor person and nothing makes sense now. Hanging my hand down it feels as if my figures are about to be disconnected from the wrist. I then have to hold my hand in the air. Dr Pedro (hand doctor) order a splint, wearing the splint makes my hand worst in pain.

Because the pain in my both eye continues I had to visit Dr. Schmidt of Garden Eye Clinic. I even change my glasses but with no ease of pain.

As my pains and pressure in my head continued, I went to Dr. Reed Stone at the Palm Beach Neurology. Dr. Stone send me to do a MRI of my head. Dr. Stone send me to Dr .Kevin Chaitoff of the Palm Beach anesthesia and Pain medicine to help me with pain solution.

Dr. Chaitoff gave me a medication to put on areas that pain. Hours after putting the ointment on my head over my right ear felt as if someone was using a drill drilling in the right side of my head and my right ear temple. Inside was burning and hurting me, I sent an e-mail to Mr. Tatarka begging for help to see the right doctor and explain what was happening to me. He had never responded. The morning I called Dr. Chaitoff office and report the reaction of the medication he gave me. Dr. Chaitoff got my MRI from Dr. Stone review it, then, he returned my call, he told me he was referring me to the University of Miami Hospital the Neurology Department because the waves of my head is getting wacky.

I called the University OF Miami Hospital to make the appointment; I was told since I have no insurance I should make the appointment with Jackson Memorial Hospital.

I make the appointment and saw a Doctor at Jackson Memorial Hospital the Neurology Department. I had to pay $150.00 for the visit. The first day I visited Jackson Memorial Hospital I took the disc of two previous MRI. The doctor review the MRI and said I do not have Trigeminal Neurology, the MRI shows in my head is abnormal and they have they work cut out for them.

I was given a prescription and was told they (the doctors) have their work cut out. I need to have other MRI and other tests done. At Jackson Memorial Hospital I was also seen by the ENT Doctor at the ENT

15)

clinic. The doctor put a camera in my nostril and said I do not have any sinus problem, I have a blockage in my nostril and it is a neurology situation. I saw the hand doctor at Jackson Memorial Hospital who said, the problem in my right hand is not from carpel tunnel it is a neurology problem. I had to pay one hundred and fifty dollars per visit to Jackson Memorial hospital. I had to ask family and friend to help as they know how sick I am. They knew I was not able to work because of the pains. I had to stop going to Jackson Memorial Hospital Clinic because of the increase of cost to see the doctor. The increase was from $150.00 to $485.00. At this time it became impossible to visit the clinic.

It was them that I got the Health Care District after been denied three times.

At no time during this process had Samsung and Verizon had ask about my complain or try to help me by helping me to see a doctor.

Because of my continuing pains and throbbing contraction attack pains I am not even able to enjoy my grandkids. I love my grandkids very much. The SAMSUNGFACTORY DEFECTIVE CELL PHONE I got through a contract at Verizon Store in West Palm Beach has robbed me of my joys and pride. For my grandkids to shout GRANDMA is like a shocking wave of pain go running through my head. I cannot play with my grandkids as *always do. I cannot go out with them as I always do* because of pains and unwarranted labor pain attacks in the right side of my head. If it is windy and I go outside it trigger terrible attack of pains. I even have tooth ache and I wear dentures. To brush my teeth is pain; to have a shower is pain to wash my hair is more pain.

I cannot put any phone to my right ear since May 2, 2008 as whenever I answer the phone and put a phone to my right ear it is like there is a magnet inside my ear pulling the phone and my ear together it hurts terrible. Putting on or taking off my glasses also caused terrible pains and trigger pains in my right eye and cause a feeling as if there is something running in my flesh on the right side of face from forehead to my jaw.

I visited numerous ER'S, Doctors I have had MRI'S, CT SCANS done. I was told by DR. Toochinda it would take a very long time for the real damages to be identified and today I am reaping the truth.

I was diagnosed with TRIGIMINAL NEURALGIA by Dr. Toochinda at Hunt Club Medical Center 12/22/2008 and MICRO-VASCULAR ISCHEMIA at Raritan Medical Center in Perth Amboy, NJ where all test was done to know if I had a stroke. The Doctor at Raritan Medical explained to me that Micro-Vascular Ischemia happen because of a stroke. Because I Diabetic and have high Blood Pressure he did every test to be sure I did not have a stroke. The result of all tests done at Raritan Medical Center proves I did not have a stroke. I knew I did not have a stroke, I know what happened, I was injured by my Samsung Factory Defective CELLPHONE May2, 2008. The Doctor at Raritan Medical Center recommended I saw the Doctor who saw the injury May8, 2008. With a lot of pain and tears I came back to Florida. I saw Dr. Toochinda 12/22/2008. My Doctor who saw me May 8, 2008 explained my injury. She said when fire or anything hot burns, it strips the skin and shows the damage immediately. But Radiation burns from the inside out.

16)

When I scratch the right side of head it feels as if there is a sharp thing is in my head cutting me inside, the same thing happen when I rub my forehead. My flesh on the right side of face burn as if fire is always inside and as fiber or steel wool is inside my flesh. Sometimes the right side of my face feels like needle in it. Today I have more tests to be done. Interestingly September 24, 2009 and October 15 2010 I got letter from Greg Tatarka (SAMSUNG LAWYER) stated DATE OF LOSS May 2, 2011.

Please note, my SAMSUNG CELLULAR 954 240 5726, Code#02207172807—620u I received from Verizon had burnt my right side ear, right ear temple and the right side of my head and about 4hrs later burnt my hand with a new battery that was placed in the phone at the St. Petersburg Verizon Store.

I have spoken to Mr. Gregg Tatarka who represents Samsung International, in is my opinion, MY INJURY IS NOT IMPORTANT TO HIM or Samsung neither is my injury important to Verizon. Verizon never requested a photo. Mr. Tatarka asked for battery chargers, it was sent to him with copy of photos of my injuries.  NOTHING WAS DONE ABOUT to help me get right medical care. Samsung and Verizon know the dangers of radiation and they also know the long term effect. Samsung and Verizon also knows these injury from their Factory Defective Cellular Phone can cause me cancer and  or other  permanent problem and if they did take responsibility  and make sure I got necessary medical my risk of suffering would be limited, but they did not care then or now. .

Since May 2, 2008 my life had changed dramatically. My life is a life of frustration because of pain, suffering. Daily changes of event that happen in my right ear, ear temple, right side of my head and right hand is nerve wrecking.

Today, I owe Florida Hospital in Orlando, Florida, Raritan  Bay Medical Center, Perth Amboy NJ, Raritan Bay Imaging, Perth Amboy NJ, Dr Luca, Bloomfield NJ,  St Mary`s Hospital West Palm Beach, Florida , 45th Health Clinic, West Palm Beach Florida, Columbia Hospital West Palm Beach Florida, Ear Nose Throat of South Florida, Imaging Consultant of South  Florida, Palm Beach Neurology West Palm Beach, Florida, Innovating Imaging, West Palm Beach Florida, Center of Bone and Joint Royal Palm, Florida, Anesthesia & Pain Medicine west Palm Beach, Sunrise Medical Group Sunrise Florida, University of Miami Hospital ER, Jackson Memorial Hospital

The Medical Institutions I visited for help from the burns and pains caused by my Cell phone since May 2, 2008, are above including the following, Hunts Club Medical Center Orlando, Florida Eye Clinic Orlando Florida, Palen ENT, Metuchen, NJ, and Amboy Eye, in Perth Amboy NJ that I paid out of pocket.

All I ever needed since May 2, 2008 is to have one hour without pain and pressure in the my right ear, ear temple, right side of my head and right hand. The Pressure in my Head never leaves me for a second since early night of May 2, 2008. The pain in my head and hand never go away for one hour. Weeks after the accident, with the burning continuing, I started to have thick mucus going down my throat then I went into a coughing spell and I became nauseous now get dizzy, my head feels like it is pulling me over to the right, I find myself walking away from what I am doing, scratch my head in confusions because I did not remember what I am doing.

17)

Please help me get Justice and the best Medical Treatment, The words of Ms Thompson you can develop "BRAIN CANCER" is fearful.  The result of my MRI's and CT scan are scary, my pain, burning biting and crawling inside my right ear, ear temple right side of my head and right hand seem permanent as my Neurology said he only have to concentrate on the pain. .

I need Samsung and Verizon to take full responsibility for every pain and suffering I endures,  all my Medical Bills paid out of pocket, owed and future medical bills.  The ants crawling and stinging in the right side of my head is now spreading to my entire head, my right ear, my right eye, my right hand and the permanent pressure ball in the right side of my head now is in all over my head. All my medical bills to the above medical institutions need to be paid and future medical bills need to be considered.

Because Lawyers are having problem taking my case because Verizon took the phone and Samsung have it in their position, and have capability to correction what problem that caused the burn May2, 2008. I decide to go to court by myself using a Judge and Jury trial.

October 18th, 2010 while I was in Innovating Imagine Mr. Tatarka called me and told me he spoke to his client and he want to know  "WHAT TYPE OF MONEY I AM LOOKING AT"  I told Mr. Tatarka , I had just got an injection as I am doing a MRI with and without contrast. Mr. Tatarka promise to call me back, and he did not. He sent me medical release form which I fill out signed and  return November 10, 2010 to him with copy of Photo of my injury and a copy of my most recent CT scan. After sending signed medical records and photo Mr. Tatarka would not accept my call, he never return my call, I spoke to his secretary John who told me Gregg is sick and he would call me back, this never happen ,so I started to send Mr. Tatarka Email which he never respond to.

December 2010 I again called Creg Crenshaw and he told me they are closing my case as the phone could not cause what I said is happening to me and I will have to go to court.

December 11 2010 I got a letter from Mr. Tatarka saying Samsung will not be taking responsibility and gave time of limitation. Three weeks later I received from my old address a box from Samsung, inside is a zip lock bag with accessories and a box with the phone without the back. The phone was taken May 5, 2008 and accessories sent to Mr. Tatarka 2009. I had asked for the return of the phone since the evening of May 5, 2008 and it was never returned until 2 years and 5 month later. Contents of the enclosed of the box are in my position.

I am coming to the court for help. The situation in my ear, right ear temple is now worst and has now, spread to the left ear right and my right hand is getting worst by the minute. January 5, 2011 I am told at Jackson Memorial Hospital the Neurology Department need to do test and they have their job cut out for them. I am not able to work as I should because of pain and discomfort in my head (today to scratch my head burns, It feels as if biting is all over in my head, I cannot breathe through my right nostril ,inside my  forehead feel hot  and my right hand hurt terrible . Anything I try to do I do it in Pain.  Febrary2, 2011 I visited the Orthopedic Department of Jackson Memorial Hospital. After examination the Doctor said my system and pain is a Neurology Problem.   February 14 2001 I did Lab, February 16 I did MRI of

18)

Head, Brain and Neck on my follow up febuary23, 2011 the Doctor after comparing MRI of 10/2008, 10/2010 and 2/16/2011 said there is something wrong in the deep side of the right side of my brain.  He (the Doctor) ordered additional test which I did Lab March4, 2011. March 4, 2011 I visited the Ear Nose and Throat Doctor, who after complete examination said, I have Infection in my right nostril but I do not have Sinus Infection. Not having a Sinus Infection. I honestly believe why I do not have Sinus Infection is because May 8 2008 Dr Toochinda of Hunt Club Medical Center gave medication to prevent my Sinus from been damage. I am in severe pain. April 4, 2011 the Neurology Doctor at Jackson Memorial Hospital did a Spinal Tap as he was concerned about the MRI result and he wanted to know if I had pre existing disease.

It was not until October 9th 2011, after four MRI and two with and without contrast, one spinal tap, numerous Ct scans, numerous blood works, numerous visits to the ER, numerous visits to different Neurologists, different Neuro Ophthalmologists without any help. I still walk pain, sleep pain, drink pain, eat pain, I mean pain twenty four hours per day with contraction like attack that Dr. Reid Stone of Palm Beach Neurology finally found a medication that help my pains. Dr. Stone told me the small NERVE in my brain is damage. The medication that helps the pain is TRAMADOL. Although there is no pain my facial bones burn as if fire is in them and it very tender even washing my face my facial bones burns.  My flesh feels as if there are cats and dog running inside with some large waves, and then it is like steel wool coming through my flesh, sometimes it also feels like water is running down my forehead while I am not sweating.  The right side of my face seems block, I cannot breathe properly from the right side of my nostril, my right eye is so heavy and burn inside, sometimes my right eye ball feels too big for the eye socket.  September 6, 2011 I had to see the Dr. Oren an Ophthalmologist, after examination he said the nerve from my brain to my eye is damaged and my right eye is dried out. He gave me the tears to drop in my eye. My eye started to feel worst I returned November, he said I should the tears more often as in my right eye is dried out. Using the tear as prescribed by the doctor today inside my eye feel very sore my eye ball fell swollen. Below my wrist is without pain because of the TRAMADOL but it burns severely inside if touch on something, or if I just rub the area and there biting or stinging under the right side of my scull. Inside my forehead feels heavy and tender. My dress code now take a hat with a rim, or a berry because the severe burning in my forehead when I go outside or even sitting under the light inside. Each time I go in the Freezer I have to put my hand over the right side of my forehead as feel as if I am getting frozen in the brain. The numbness, the heaviness and the running in the right side of my head as now extended to the left side of my head. My ear temple is still swollen, very tender and sensitive. Started in the  Since July 2011 I got Health Care through Health Care District so I am able to see the Doctors and have necessary test down.Nov30,2011 Dr. Stone request I see a Ear Nose and Throat Doctor. My entire head now feel swollen inside especial the half right side.

With all I am going through, I lost everything because I could not work. The attacks had been so severe I let go the steering wheel of the truck, I do home care and was sicker than the patient, I had to leave. I have exhausted my every resource that would of help tome. I owe thousands of dollars to different Health Care Institution and people who would help me out. All this because of the Samsung Cell Phone I got from a Verizon Store.

19)

I need complete medical attention and compensation for all my pain and suffering since May 2, 2008 and future. I need Samsung and Verizon to take full responsibility of all my pain and suffering since May 2nd 2008 and my future pain and suffering and medical responsibility. I need them to take responsibility of the fact I have been unable to work as I would always do, and whatever I do I do it in severe discomfort. They need to reward my grandkids for not able to enjoy their grandma as we usually have fun together and since May 2008 I am afraid to be with them as been with them trigger severe pain.

I have begged Verizon and Samsung to help to see the Doctors needed, they ignored me. Mr. Takarka INSULTED me by saying "it is my businesses how I get medical care". I continue to call him, he would never return my call, and I sent him e-mail he would never reply.

Please help to get these two irresponsible companies take full responsibility for the damages I received from my Samsung Cell Phone on May2nd, 2008

December 5th 2011 in my right nostril feels as if something in crawling up my nostril into my head, so I have to keep rubbing my nostril. An appointment is been made by Health Care District for me to see another Ear Nose and Throat Doctor, because the previous insurance laps and owe a doctor from the company Health Care District send me to the doctor would not see me.

The injury cause from my Samsung Cellular Phone May2nd 2008 has caused me 24 hours per day pain with severe throbbing attacks in the right side of my face. Sore and dryness pain in right eye and eye socket, waves and crawling in the right side of my head now spread to my whole head and now dizziness.  Walking in the sun or sitting under the light inside my brain feel as if I am cooking and opening the refrigerator let inside feel as it freezing. Putting on and taking off my classes is terrible pain. Everything and anything I do with my right hand cause me severe pain.

I have lost everything I ever had, I became hungry with severe pain and not able to go to the doctor, and homeless with pain as I am unable to work. Yet I have been mocked by Samsung about my injuries. I have exhausted every source. I have lost enjoying my grandchildren because of severe pain, lost the job (running the road) I love because of pain. I became Hungry with pain, I sleep with pain and wake with attacks.

The Tramadol help the pain the first two weeks, with inside my head feel swollen and sore inside with burning inside my head.  My right eye feels swollen as if it is too big for my eye socket with gravel inside my right eye. I saw Dr. Brad Oren Ophthalmology (the third Ophthalmologist seen since I was burnt with the phone) told me the nerve from my brain to my right eye is damage.  My right eye is severely dry. Dr. Stone says the nerve in the deep right side of my brain is damage,  I have lesion in the right side of my brain. My MRI will show you the procession of damages caused by injury.  Dr Sundaram ENT said he cannot treat me and the only place in Florida that is able to help is the University of Miami Hospital. I was denied by Health Care District. Health Care District then sent me to Dr. Jeffery Rubin Neurology for a second opinion. Dr Rubin said I should be sent to the University of Miami. The medication Dr. Rubin

20)

gave me caused me to lose my voice.  After taking the medication for a week I felt as if a river of mud came from my head I started a persistent coughing then I lost my voice.

Please note while been treated at Jackson Memorial Hospital I was Psychological Evaluated at the New Horizon in Miami Florida. Now with Health District I am also evaluated at the Jerome Golden Center in West Palm Beach, Florida.

Verizon and Samsung had chances of helping me to avoid serious damages as I now suffers; instead they take my injury for granted, insult me and humiliated in pain then called me to ask what money I am looking on.  When Mr Tatarka was told an hour without pain would be more important, and that I just got the injection for the MRI he never called again. These people are inhuman.

May 8th 2008 Dr.Toochida gave me medication to avoid my sinus from been damaged. MRI and CT scan now shows I do not have any sinus infections. Thanks to Dr. Toochinda. Today I suffer forgetfulness, I find myself putting grocery in my bedroom.  I hide thing from myself.  I become very frustrated.

I would not be suffering and the damages to right side of my brain, right ear, right ear temple, right eye, right eye socket, right cheek bone now my right jaw bone, right side of my neck and my right hand would not be if Verizon and Samsung had got the medical care I need. Today I am having burning crawling in my left groin which sometimes makes it difficult for me to walk. Lying on the bed or just sitting relaxing my left foot would jump.  Before I forget sometimes it feel as water is running my forehead and the right side of my face when there is no water on my face.

Please note since May2nd 2008 it have been difficult to control my blood sugar or blood pressure because of the pain, sufferance and frustration of challenges I suffer because of Samsung and Verizon irresponsible behavior.

I am therefore asking the court to compare Mr Tatarka Samsung Lawyer letter dated December 2nd 2010 with, all my Medical Record, MRI, CT scan, Spinal Tap, Blood works and photos that was taken May5th 2008 in the Doctor's office at Hunt Club Medical Center and see my deterioration since May3rd my first visit to Florida Hospital.  High blood Pressure and diabetic do not give Lesion in my brain and scull. Lesion is caused by injury. My injury was May2th, 2008 when the fire ball went through the right side of my head as my Samsung phone went dead after charging the night before. High Blood Pressure and Diabetics do not cause Trigeminal Neuralgia, do not cause pressure and throbbing in the right side of my head, do not cause crawling, running and stinging in the right side of my head, did not cause the cyst like bump to the back of my ear temple six days after the burn from my Samsung Phone described above, do not cause stabbing burning pain to my ear temple, do not cause itching, stinging, biting inside my right ear and affecting my left ear, do not cause my cheek bone to burn and hurt me, do not cause my right nostril to feel heavy and block with bugs crawling up and down to and from my head through my right nostril, do not cause me to have severe tooth ache and I wear dentures, do not cause burning in the flesh of the right side of my face,  do not cause my eye ball to feel bigger than my eye socket, do not cause severe burning in my forehead and the feeling of water running down my forehead when there is

none, do not cause my right hand to burn and hurt me. Micro vascular Ischemia does not cause pain. All above is caused by the Samsung Factory Defective Phone I got from Verizon.  All my pains and suffering starts May3rd after the pressure that started the night of May2nd went down slightly and pain started. Today I am suffering Memory Loss with everything that's going on in my head.

I am suffering all of the above because May2nd the fire that went through the right side of my head following the death of the Samsung Phone that was charged the night before has cooked my ear, ear temple, nostril right side of my face and my brain. I need to have proper Medical Care before my situation become chronic and or fatal.

Now almost four years after my injury by my Samsung Cell phone burn the right side of my head the MRI is now showing MS. Dr, Toochinda was right when she said it will take between three years and twenty years for the full damage be seen as radiation burn inside out.

I am now suing Verizon and Samsung for my bodily injury received from the burns received May2nd 2008 from the above describe Factory Defective Cellular Phone. Verizon is the Retailer and Samsung the Manufactory for Neglect, and Mockery of my injury, My Emotional, Psychological and Physical pain, suffering and Distress and all permanent damage caused by burnt received May 2nd 2008. Payment of all my Medical Bills since May3rd 2008 when I first went to the Florida Hospital with severe burning pressuring pain with throbbing caused by the above described Samsung Cellular Phone I got from the Verizon Store in West Palm Beach, Florida January 21, 2008.

I would like to move to Los Angeles to see Dr. Keith Brown Neurology whom understands the dangers of Cell Phone. I saw Dr. Brown on CNN talking about the World Health Organization finding of the dangers of Cell Phone.

Please help me so I can be help with proper Medical Care, I do not deserve to be waiting on Health Care District to use their County Fund to send me to University of Miami of Hospital while I suffer physically financially, psychologically and otherwise.

Verizon knew of the burn to the right side of my head and the immediate effects of the fire going through my head on May2nd 2008 after I unload my truck in St Petersburg. Verizon changed the battery at St Petersburg Store, Florida. After the battery was changes at the St Petersburg Store the phone burn my right hand. Numerous calls were made to Verizon even while I was on my way to the Florida Hospital. May 5th the battery that was placed in the phone at the St Petersburg Store before the phone burn my right hand was placed in my replacement phone at the Altamonte Store because the battery was good. I had no problem with the replacement phone or the battery the replacement battery that was place in the phone at the St Petersburg Store. At the Altamonte Store I was told the phone was a Factory Defective Phone.


Verona Ebanks

561 206 7741